UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 08-776 |
| SANDY MARIA PAULINO | : | CONTINUANCE ORDER |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Nancy Hoppock, Assistant U.S. Attorney, appearing), and the defendant (Michael A. Orozco, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from November 18, 2008 to January 16, 2009, and the defendant being aware that the defendant has the right to have the matter tried within seventy days of the date on which the defendant appeared before a judicial officer in connection with the Indictment filed, pursuant to Title 18 of the United States Code, Section 3161(c), and as the defendant has consented to such continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and additional time is necessary to pursue plea negotiations which would render trial of this matter unnecessary and preserve judicial resources; and

2. The defendant through defense counsel has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 20th day of November of 2008

ORDERED that the proceedings in the above-captioned matter are continued for the period from November 18, 2008 to January 16, 2009, absent any other reasons to continue the proceedings;

IT IS FURTHER ORDERED that the period between November 18, 2008 through January 16, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that should the defendant elect to file pretrial motions, such motions must be filed with the court on or before January 30, 2009, the Government shall file its reply on or before February 13, 2009, and the date for oral argument and trial will thereafter be scheduled by the Court.

HON. JOSE L. LINARES
United States District Judge

CONSENTED TO ON BEHALF OF THE DEFENDANT

MICHAEL A. OROZCO, ESQ.