**MICHAEL OROZCO, ESQ**
Bailey & Orozco, LLC
744 Broad Street, Suite 1901
Newark, N.J. 07102
(973) 693-4408

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.: 08-776<br>Mag. No.: 08-6132 |
| v. | |
| SANDY PAULINO | BAIL MODIFICATION ORDER |

Honorable Jose Linares, United States District Judge

The Court orders the modification of the defendant's bail conditions by way of agreement between the defendant and the Government as set forth below:

Defendant is permitted outside her resident for activities approved by Pre Trial Services.

Defendant's travel is restricted to NJ unless otherwise approved by Pre Trial Services.

Pre Trial Services and United States Attorney's Office, Nancy Hoppock consents to the above noted Modification.

All previous bail conditions as set forth on March 13th, 2009, shall remain in full force and effect.

SO ORDERED

DATED: June 15, 2009

Jose L. Linares
United States District Judge