UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Hon. Jose L. Linares

v.                             :    Crim. No. 08-776

SANDY MARIA PAULINO            :    CONTINUANCE ORDER

This matter having been opened to the Court by Ralph J. Marra, Acting United States Attorney for the District of New Jersey (Nancy Hoppock, Assistant U.S. Attorney, appearing), and the defendant (Michael A. Orozco, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from September 13, 2009 to November 12, 2009, and the defendant being aware that the defendant has the right to have the matter tried within seventy days of the date on which the defendant appeared before a judicial officer in connection with the Indictment filed, pursuant to Title 18 of the United States Code, Section 3161(c), and as the defendant has consented to such continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and additional time is necessary to pursue plea negotiations which would render trial of this matter unnecessary and preserve judicial resources; and

continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this __11__ day of September of 2009

ORDERED that the proceedings in the above-captioned matter are continued for the period from September 13, 2009 to November 12, 2009, absent any other reasons to continue the proceedings;

IT IS FURTHER ORDERED that the period between September 13, 2009, and November 12, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that should the defendant elect to file pretrial motions, such motions must be filed with the court on or before November 26, 2009, the Government shall file its reply on or before December 10, 2009, and the date for oral argument and trial will thereafter be scheduled by the Court.

HON. JOSE L. LINARES
United States District Judge

CONSENTED TO ON BEHALF OF THE DEFENDANT

MICHAEL A. OROZCO, ESQ.